UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAKENYA SHERRIE JONES,

    Defendant.
_____/

Case No. 99-80115

Honorable Nancy G. Edmunds

**ORDER DENYING DEFENDANT/PETITIONER'S MOTION FOR EXPUNGEMENT [95]**

    This matter comes before the Court on Defendant/Petitioner LaKenya Jones's pro se motion for expungement [95].  She seeks an expungement on the basis that she has turned her life around and now seeks to further her education in the field of elementary education. Defendant/Petitioner is asking the Court to expunge her 1999 criminal conviction so that employers will not see the conviction when they run her background check.  Essentially, Defendant/Petitioner asks the Court to exercise its ancillary jurisdiction and grant her motion on equitable grounds.

    Being fully advised in the premises, having read the pleadings, Defendant/Petitioner's motion is DENIED.  As the Sixth Circuit recently observed in *United States v. Lucido*, 612 F.3d 871 (6th Cir. 2010), this Court lacks ancillary jurisdiction over Defendant/Petitioner's expungement motion.  If what Defendant/Petitioner says is true, the Court commends her on her commitment to leading a law-abiding life and contributing to society and her

community. But, for the reasons explained in *Lucido*, this Court DENIES Defendant/Petitioner's motion for expungement.

The Court notes that it is within the authority of the President of the United States to grant clemency and expunge a federal criminal record. The prospects of such relief may be remote, and this Court cannot endorse Defendant/Petitioner's request, but Defendant/Petition may explore the possibility. *See http://www.justice.gov/pardon* or contact the Office of the Pardon Attorney, U.S. Department of Justice, 145 N. Street N.E., Room 5E.508, Washington, D.C. 20530; telephone number: (202) 616-6070.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: December 14, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 14, 2017, by electronic and/or ordinary mail.

        s/ Lisa C. Bartlett
        Case Manager